**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RAIRIN CRUZ,**

               **Plaintiff,**

**-vs-**                                                 **Case No. 6:08-cv-498-Orl-22KRS**

**PETTY TRANSPORTATION, LLC dba**
**BEST COACH USA,**

               **Defendant.**

_____

## ORDER

This cause is before the Court on the Renewed Motion for Entry of Default Final Judgment (Doc. No. 33) filed on August 26, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 29, 2008 (Doc. No. 37) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Motion for Entry of Default Final Judgment (Doc. No. 33) is granted in part and denied in part.

3. The Clerk is directed to enter a Final Default Judgment providing that Plaintiff, RAIRIN CRUZ, recover of the Defendant, PETTY TRANSPORTATION, LLC d/b/a BEST COACH USA, the sum of $12,180.00 for overtime and liquidated damages, $1,567.00 attorney's fees, and $400.00 costs, for a total amount of **$14,147.00**.

4. The collective action allegations are hereby DISMISSED.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on November 21, 2008.

Copies furnished to:

Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge